JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MELVIN SMITH,<br>        Petitioner,<br>   v.<br>J. TIM OCHOA,<br>        Respondent. | No. CV 10-07618-DMG (VBK)<br><br>JUDGMENT |

    Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

    **IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: August 9, 2011

*Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE